# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **MIGUEL RICCIO,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**CITY OF MASSILLON,**<br><br>　　　　Defendant. | CASE NO.  5:21-CV-00885<br><br>JUDGE JOHN R. ADAMS |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b). Having reviewed the Joint Motion, the Settlement, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement as follows:

The Complaint asserts wage-and-hour claims under the FLSA, 29 U.S.C. § §201 et seq. on behalf of Plaintiff Miguel Riccio.

The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under §16(b) of the FLSA, 29 U.S.C. §216(b).

The Court approves the Settlement in its entirety, and orders that it be implemented according to its terms and conditions.  Pursuant to the terms of the Settlement Agreement, Miguel Riccio's claims have been resolved, and Miguel Riccio's Complaint is therefore dismissed with prejudice.

The Court finds there is no just reason for delay, hereby enters final judgment, and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

IT IS SO ORDERED.

Date: February 18, 2022

/s/ John R. Adams
JUDGE JOHN R. ADAMS